FILED
07 MAY -2 PM 3:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: W̲P̲  DEPUTY

1  IVOR SAMSON (State Bar No. 52767)
   SARAH RATCLIFFE (State Bar No. 222261)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Defendant
   Rapid-American Corporation
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 AYERS, ET AL.,                    No. 96-CV-02155-BTM-RBB

12         Plaintiffs,

13    vs.                            SUBSTITUTION OF ATTORNEY

14 A.P. GREEN, ET AL,

15         Defendants.

16

17

18         PLEASE TAKE NOTICE Defendant RAPID-AMERICAN CORPORATION substitutes

19 as its counsel the firm of Sonnenschein Nath & Rosenthal LLP for Gordon & Rees. LLP.

20

21 I consent to this substitution.

22 Dated: March 27, 2007            RAPID-AMERICAN CORPORATION

23

24                                  By _____
                                       PAUL WEINER
25

26

27

28

-1-
Substitution of Attorney for Defendant Rapid-American Corporation

27263474\V-1

| | | |
|---|---|---|
| 1 | I consent to this substitution. | |
| 2 | Dated: April 2̶3̶, 2007 | GORDON & REES LLP |
| 3 | | |
| 4 | | By: _____ |
| | | MICHAEL J. PIETRYKOWSKI |
| 5 | | |
| 6 | I consent to this substitution. | |
| 7 | Dated: April ____, 2007 | SONNENSCHEIN NATH |
| 8 | | & ROSENTHAL LLP |
| 9 | | |
| | | By: _____ |
| 10 | | IVOR SAMSON |
| | | SARAH RATCLIFFE |

SUBSTITUTION OF ATTORNEY IS HEREBY

__✓__ Approved

_____ Denied

DATED: 5-2-07

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
Substitution of Attorney for Defendant Rapid-American Corporation

27263474\V-1

*Sidebar:* SONNENSCHEIN NATH & ROSENTHAL LLP, 525 MARKET STREET, 26TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105-2708, (415) 882-5000